THE STATE OF OHIO, APPELLEE, *v.* LEWIS, APPELLANT.

[Cite as *State v. Lewis* (1999), 85 Ohio St.3d 632.]

(No. 98–2376—Submitted May 18, 1999—Decided June 16, 1999.)

*Lawrence J. Cook,* for appellant.

**Per Curiam.** We affirm on authority of *State v. Uskert* (1999), 85 Ohio St.3d 593, 709 N.E.2d 1200. The cause is remanded to the trial court to reinstate the original $280 Administrative License Suspension reinstatement fee that the trial court ordered be applied to any reinstatement fees due on the DUI suspension.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents for the reasons stated in his dissenting opinion in *State v. Uskert* (1999), 85 Ohio St.3d 593, 709 N.E.2d 1200.